# MEMORANDUM ENDORSED

**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/11/2022

By ECF
March 10, 2022

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. William Bryant et al.</u>, 16 Cr. 396 (GHW)

Your Honor,

This morning at the Court conference, I asked the Court to reassign me to represent Mr. Bryant in his pending VSOR. And additionally, if the order could be pre-dated to the date the violation was filed (March 3rd). The Court requested that I file a letter memorializing this request. Thus, I now renew my request that I be assigned to represent Mr. Bryant in his pending VSOR predated to March 3, 2022.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger

Application granted. Mr. Touger is appointed as counsel for Mr. Bryant with respect to this matter nunc pro tunc to March 3, 2022.

The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 794.

SO ORDERED.

Dated: March 11, 2022
New York, New York

GREGORY H. WOODS
United States District Judge