```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

              -v-                                    1:16-cr-396-GHW-2

    WILLIAM BRYANT,                          ORDER

                           Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The status conference scheduled in this matter for January 26, 2023 will instead take place on January 12, 2023 at 4:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: December 2, 2022
        New York, New York

                                                                 GREGORY H. WOODS
                                                          United States District Judge